THE STATE OF OHIO, APPELLEE AND CROSS-APPELLANT,
*v.* BELL, APPELLANT AND CROSS-APPELLEE.

2016-Ohio-7560.]

(No. 2015–1893—Submitted October 11, 2016—Decided November 2, 2016.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Jones,* 148 Ohio St.3d 167, 2016-Ohio-5105, 69 N.E.3d 688, with respect to the issues raised in the appeal, and on the authority of *State v. Thomas,* 148 Ohio St.3d 248, 2016-Ohio-5567, 70 N.E.3d 496, with respect to the issues raised in the cross-appeal.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., concur with respect to the appeal, dissent with respect to the cross-appeal, and would reinstate the sentence imposed by the trial court.

———

Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Daniel T. Van, Assistant Prosecuting Attorney, for appellee and cross-appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and Erika B. Cunliffe, Assistant Public Defender, for appellant and cross-appellee.

